JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DA'VIENA LASHAY COX, <br> Petitioner, <br> v. <br> J.F. ESPINOZA, Warden, <br> Respondent. | Case No. 2:19-cv-01128 SHK <br><br> **JUDGMENT** |

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: November 26, 2019

HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge